JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD WENGER, et al. | ED CV 24-2211 PA (PDx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| JUDGE JAMES T. WARREN, et al., | |
| Defendants. | |

Pursuant to the Court's November 15, 2024 Minute Order, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: November 15, 2024

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE